**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CHARMAIGNE WELCH<br><br>            Plaintiff,<br><br>vs.<br><br>COBB COUNTY SCHOOL DISTRICT, et al.,<br><br>            Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-1922-MHC |

## **JUDGMENT**

This action having come before the court, the Honorable Mark H. Cohen, United States District Judge on the Magistrate Judge's report and recommendation recommending the complaint be dismissed, and the court having adopted the report and recommendation, it is

**Ordered and Adjudged** that the Plaintiff's Amended Complaint is DISMISSED for failure to follow a lawful order of the court and for failure to state a plausible claim for relief.

Dated at Atlanta, Georgia, this 23rd day of January, 2015.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                  By:    s/Jill Ayers
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 23, 2015
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
        Deputy Clerk